UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPLEY ENTERTAINMENT INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-10595-VSB |

**JOINT STIPULATION AND**
**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carmen Tavarez-Vargas, individually, and on behalf of all others similarly situated, and Defendant Ripley Entertainment Inc., by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Respectfully submitted,

Dated: 14 of June 2022

By: */s/ William J. Downes*
**MIZRAHI KROUB LLP**
*Counsel for Plaintiff Carmen Tavarez-Vargas*
William J. Downes, Esq.
200 Vesey Street, 24th Floor
New York, NY 10281
(212) 595-6200
wdownes@mizrahikroub.com

By: */s/ David C. Lindsay*
**K&L GATES LLP**
*Counsel for Defendant Ripley Entertainment Inc.*
Vincent N. Avallone
vincent.avallone@klgates.com
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
-and-
One Newark Center – 10th Floor
Newark, NJ 07102
Telephone (973) 848-4000
Fax (973) 848-4001

David C. Lindsay (admitted *pro hac vice*)
david.lindsay@klgates.com
M. Claire Flowers (admitted *pro hac vice*)
claire.flowers@klgates.com
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609
Telephone (919) 743-7300
Fax (919) 743-7358

_____
United States District Court Judge
Honorable Vernon S. Broderick
June 17, 2022